# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**PETERSEN PRODUCTS CO., LLC,**
   Plaintiff,

  v.                  Case No. 14-C-525

**HIBBARD INSHORE, LLC,**
   Defendant.

---

## ORDER

  The defendant has removed a lawsuit to this court and asserts that federal subject matter jurisdiction exists under 28 U.S.C. § 1332. The plaintiff is a limited liability company, and the notice of removal alleges that its sole member is Petersen Resources LLC. The notice of removal then alleges that all the members of Petersen Resources LLC are individuals who are "residents" of Wisconsin. However, the citizenship of an individual is determined by his or her domicile, which may or may not be the same as his or her residence. An allegation of "residence" is therefore deficient. See, e.g., Heinen v. Northrop Grumman Corp., 671 F.3d 669, 670 (7th Cir. 2012).

  **THEREFORE, IT IS ORDERED** that, within ten days of the date of this order, the defendant shall amend its jurisdictional allegations, see 28 U.S.C. § 1653, to include information about the domicile of each of Peterson Resources LLC's members.

  Dated at Milwaukee, Wisconsin, this 14th day of May, 2014.

               s/ Lynn Adelman
               _____
               LYNN ADELMAN
               District Judge